# In the United States District Court
## for the Southern District of Georgia
## Brunswick Division

LISA DOWLING and
ISABELLE STONE,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

CV 226-023

## ORDER

Before the Court is Plaintiffs' notice of voluntary dismissal, dkt. no. 18, wherein Plaintiffs state they wish to dismiss their claims with prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Therefore, Plaintiffs' claims are hereby **DISMISSED** with prejudice, with each party to bear its own costs and fees. The Clerk is **DIRECTED** to close this case.

SO ORDERED, this 18 day of May, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA